## UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

KIMBERLY HUMAN,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 05-1001-JTM

JO ANNE B. BARNHART, Commissioner of
Social Security,

Defendant.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed August 14, 2006, that the court denies plaintiff's request to reverse and remand the final decision of the Commissioner (Dkt. No. 15).

RALPH L. DeLOACH, CLERK

  August 14, 2006                         By   s/ S. Smith
Date                                                 Deputy Clerk